The judgment of the trial court is affirmed. Rule 84.16(b).

**James Michael PLANNETT, II, Petitioner/Appellant,**

v.

**Rhonda G. PLANNETT, n.k.a. Rhonda G. Lynn–Moeckel, Respondent/Respondent.**

No. ED 74776.

Missouri Court of Appeals, Eastern District, Division Four.

Sept. 21, 1999.

Lawrence G. Gillespie, Kirkwood, for appellant.

Christopher P. Simms, S. Louis, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

## ORDER

PER CURIAM.

Petitioner-husband, James Michael Plannett, II, appeals from the decree of dissolution of his marriage to respondent-wife, Rhonda G. Plannett, n.k.a. Rhonda G. Lynn–Moeckel. We have reviewed the record on appeal and find that the decree of dissolution is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. A written opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.